IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CALVIN MCGOWAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:04-0996 |
| ) | Judge Trauger |
| DELL COMPUTER CORPORATION, ) | Magistrate Judge Griffin |
| CLARK PONTHIER, GREG KELLY, JAMES ) | |
| KERIAN, KEVIN BROWN, RON JARVIS, ) | |
| KEN FORTE, BERNIE DAVIS, JEFF HELLUMS, ) | |
| and MICHELE BUTLER, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 31, 2005, the Magistrate Judge issued a Report and Recommendation, recommending the disposition of several pending motions. (Docket No. 51) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** as follows:

1. The Plaintiff's Motion for Reconsideration of Entry of Default and Motion for Default Judgment (Docket No. 35) is **DENIED**.

2. The Defendants' Motion to Strike or Disregard (Docket No. 45) is **GRANTED**.

3. The Defendants' Motion to Dismiss (Docket No. 39) is **GRANTED IN PART** and **DENIED IN PART**. The claims against all individual defendants under Title VII and the Tennessee Human Rights Act are **DISMISSED**. All claims against defendants Ponthier, Hellums, Brown and Davis are **DISMISSED**.

What remains in this case are all claims against defendant Dell Computer Corporation and the claims against defendants Kelly, Kerian, Jarvis, Forte and Butler under 42 U.S.C. § 1981.

This case is referred back to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 19th day of September 2005.

_____
ALETA A. TRAUGER
U.S. District Judge