IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CALVIN MCGOWAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:04-0996 |
| | ) | Judge Trauger |
| DELL COMPUTER CORPORATION, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On July 20, 2007, the Magistrate Judge issued a Report and Recommendation, recommending the disposition of several motions. (Docket No. 93) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion to Dismiss (Docket No. 81) is **DENIED**. It is further **ORDERED** that the plaintiff's Motion to Quash (Docket No. 88) is **DENIED**. The plaintiff must attend his deposition which will be noticed at a future date, and the plaintiff is warned that his failure, once again, to attend his deposition, properly noticed, could result in the dismissal of this case.

This case is **REFERRED** back to the Magistrate Judge under the original referral Order.

It is so **ORDERED.**

Enter this 10th day of August 2007.

_____
ALETA A. TRAUGER
U.S. District Judge