IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CALVIN MCGOWAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:04-0996 |
| | ) | Judge Trauger |
| DELL COMPUTER CORPORATION, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On August 15, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 116), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following is hereby **ORDERED**:

1. The defendant's Motion for Summary Judgment (Docket No. 101) is **GRANTED** as to the following claims by the plaintiff:

    (a) any age discrimination claims;

    (b) the claims under the Tennessee Human Rights Act;

    (c) the state law claims for defamation;

    (d) the Title VII and Section 1981 claims for a hostile workplace;

    (e) the Title VII claims for failure to promote based on any events occurring prior to August 15, 2002;

    (f) the Title VII and Section 1981 claim for failure to promote based on the January 2003, Quality Assurance Manager position; and

    (g) the Title VII and Section 1981 claims for retaliation based

1

on the events of June 13, 2003.

It is further **ORDERED** that the defendant's motion for summary Judgment is **DENIED** as to the following claims:

(a) the Title VII claims for failure to promote based on the April 2003, Operations Manager Position, and the September 2002, Quality Assurance Manager Position;

(b) the Title VII and Section 1981 claims for retaliation based on the plaintiff's separation from employment in July 2003; and

(c) any Section 1981 failure to promote claims for which summary judgment is not specifically granted herein.

Before the court sets this case for trial, it requests that the parties consider a judicial settlement conference/mediation to settle the remaining claims. It is therefore **ORDERED** that, by October 20, 2008, the parties shall file a position statement as to whether or not they are amenable to a judicial settlement conference/mediation before Magistrate Judge Griffin.

It is so **ORDERED.**

Enter this 8th day of October 2008.

_____
ALETA A. TRAUGER
U.S. District Judge

2